UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
RALPH NADILE,                                                          :
:
Plaintiff,                        :                26-CV-937 (JMF)
:
-v-                                :                ORDER
:
UNITED STATES LIABILITY INSURANCE CO.,                                :
:
Defendant.                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 3, 2026, Defendant filed a Notice of Removal of this action from the Supreme Court of New York, County of New York, asserting removal was proper on the basis of diversity jurisdiction. *See* ECF Nos. 1, 4. On February 10, 2026, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF Nos. 7-8. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **March 3, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **March 3, 2026**. Defendant's reply, if any, shall be filed by **March 10, 2026.** Either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for March 26, 2026 is adjourned *sine die*.

Defendant is directed to serve on Plaintiff a copy of this Order, and to file proof of such service on the docket, **within two business days of this Order**.  Plaintiff is directed to file a notice of appearance on the docket **within one week of such service**.

SO ORDERED.

Dated: February 11, 2026
      New York, New York

                    JESSE M. FURMAN
                  United States District Judge