UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                          :
RALPH NADILE,                                             :
                                                          :
                              Plaintiff,                  :
                                                          :              26-CV-937 (JMF)
                    -v-                                   :
                                                          :              ORDER
UNITED STATES LIABILITY INSURANCE CO.,                   :
                                                          :
                              Defendant.                 :
                                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's February 11, 2026 Order, ECF No. 9, Defendant was required to serve a copy of the Court's Order, which addresses Defendant's pending motion to dismiss, on Plaintiff and file proof of service on ECF **no later than February 13, 2026.** To date, Defendant has not filed any such proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 19, 2026.** Failure to file proof of service by that deadline may result in sanctions.

Defendant is directed to serve a copy of this Order on Plaintiff.

SO ORDERED.

Dated: February 17, 2026                    _____
       New York, New York                           JESSE M. FURMAN
                                                 United States District Judge