UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
RALPH NADILE,                                                           :
                                                                        :
                            Plaintiff,                                  :        26-CV-937 (JMF)
                                                                        :
            -v-                                                          :        ORDER
                                                                        :
UNITED STATES LIABILITY INSURANCE CO.,                                  :
                                                                        :
                            Defendant.                                 :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendant United States Liability Insurance Company's Answer, *see* ECF No. 15, Defendant's earlier motion to dismiss filed at ECF No. 7 is hereby DENIED as moot.

        Additionally, the initial pretrial conference, which was previously adjourned *sine die*, ECF No. 9, is hereby REINSTATED for **May 21, 2026 at 9:00 a.m.**  The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

        The Clerk of Court is directed to terminate ECF No. 7.  Defendant United States Liability Insurance Company is directed to serve a copy of this Order on Third-Party Defendants and to file proof of such service.

        SO ORDERED.

Dated:  March 25, 2026
        New York, New York                          _____
                                                    JESSE M. FURMAN
                                                    United States District Judge