UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

RALPH NADILE,                               :

                       :

             Plaintiff,          :

                       :           26-CV-937 (JMF)

        -v-                    :

                       :            <u>ORDER</u>

UNITED STATES LIABILITY INSURANCE CO.,   :

                       :

            Defendant.     :

                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 3, 2026, Defendant United States Liability Insurance Company ("USLI") removed this action from state court, invoking the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  *See* ECF No. 1, ¶¶ 3-5, 17; *see also* ECF No. 4 ("Notice of Removal"), ¶¶ 3-5, 17.  USLI's Notice of Removal alleges that complete diversity exists because, according to the original complaint, Plaintiff is a citizen of New York, *see* Removal Notice ¶ 3, and USLI is a citizen of Nebraska and Pennsylvania, *see id.* ¶ 4.  Plaintiff's underlying state-court complaint and his operative amended complaint, however, allege only that Plaintiff is a *resident* of New York.  *See* ECF No. 1-1, at 5;[1] ECF No. 14 ("FAC"), ¶ 1.  For the purposes of diversity jurisdiction, "a statement of the parties' residence is insufficient to establish their citizenship." *Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[A]llegations of residency alone cannot establish citizenship . . . .").

       In light of this ambiguity as to Plaintiff's state of citizenship, no later than **April 2, 2026**, Plaintiff shall file a declaration clarifying his state of *citizenship*.

       SO ORDERED.

Dated: March 26, 2026
      New York, New York                         _____
                                              JESSE M. FURMAN
                                       United States District Judge

---

[1]     Page numbers for ECF No. 1-1 correspond to the ECF pagination.