UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

RALPH NADILE,                       :

                Plaintiff,         :

                           :           26-CV-937 (JMF)

      -v-                     :

                           :            ORDER

UNITED STATES LIABILITY INSURANCE CO.,  :

                           :

             Defendant.      :

                           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **April 6 and 8, 2026**, Third-Party Defendants JMP Maintenance LLC ("JMP") and Atlantic Casualty Insurance Company ("Atlantic"), respectively, were served with the Complaint and Third-Party Complaint, and proof of service was filed with the Court. *See* ECF No. 25-26. To date, Third-Party Defendants have failed to appear in this action. No later than **May 13, 2026,** Defendant and Third-Party Plaintiff United States Liability Insurance Company ("USLI") shall submit a letter addressing whether USLI has had any contact with JMP or Atlantic or if it has any other reason to believe that these parties have actual notice of this lawsuit.

USLI shall serve a copy of this Order electronically and/or by first-class mail on JMP and Atlantic **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: May 6, 2026
      New York, New York                      _____
                                         JESSE M. FURMAN
                                       United States District Judge