UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

RALPH NADILE,                          :

                  Plaintiff,         :

                                   :         26-CV-937 (JMF)

       -v-                    :

                                 :         ORDER

UNITED STATES LIABILITY INSURANCE CO.,  :

                                 :

                  Defendant.     :

                                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's prior Scheduling Orders, ECF Nos. 5, 20, 29, the parties were required to file a proposed Case Management Plan ("CMP") and joint letter, the contents of which are described therein, **no later than the Thursday prior to the upcoming conference — that is, no later than yesterday, May 14, 2026.**  Additionally, pursuant to another prior Order, ECF No. 27, Defendant and Third-Party Plaintiff United States Liability Insurance Company ("USLI") was required to submit a letter addressing whether USLI has had any contact with the Third-Party Defendants or if it has any other reason to believe that these parties have actual notice of this lawsuit **no later than May 13, 2026.**  To date, the parties have not filed any of these documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 18, 2026, at 3:30 p.m.**[1]  Failure to abide by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned or other sanctions.

        SO ORDERED.

Dated: May 15, 2026
      New York, New York                 _____
                                        JESSE M. FURMAN
                                    United States District Judge

---

[1] The Court acknowledges that Third-Party Defendant Atlantic Casualty Insurance Company has since appeared in this action, ECF No. 30, but Third-Party Defendant JMP Maintenance LLC ("JMP") has not yet done so.  Thus, USLI's status update on this matter need address JMP only.